AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

CRAIG TOBELER,

    Plaintiff,

V.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:09-cv-00309-ECR-RAM**

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion to Remand to Administrative Law Judge (#16) is GRANTED, with directions to issue a new decision that considers and addresses the lay witness evidence.

    **FURTHER ORDERED** that Defendant's cross-motion for summary judgment #(19) is DENIED.

| April 12, 2011 | **LANCE S. WILSON** |
|---|---|
| | Clerk |
| | /s/ D. R. Morgan |
| | Deputy Clerk |